UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Surgret Urania Doss**
    Plaintiff,

vs.

CASE NO: 8:22 CV 129 CEH-TGW

**GREGORY P. HOLDER**, In His Individual Capacity;
**MICHAEL R. VICTOR**, In His Individual Capacity;
**VINCE LETO**, In His Individual Capacity;
**PAT KENNEDY**, In His Individual Capacity;
**JOHN WALTER MCDARBY**, In His Individual Capacity;
**DEBBIE SATYAL**, Esquire, An Individual;
**ROBERTA KOHN**, Esquire, An Individual;
**ROBERT BUCKHORN**, In His Individual Capacity;
**ROBERT BUCKHORN AND JANE CASTOR**, In Their Official Capacity [as Mayors of Tampa]; and **THE CITY OF TAMPA**, In Its Official Capacity;
    **Defendants**

## COMPLAINT AND DEMAND FOR A JURY TRIAL

**Surgret Urania Doss** (hereinafter "Doss"), *Pro Se*, files this Complaint against GREGORY P. HOLDER (hereinafter "HOLDER"), MICHAEL R. VICTOR (hereinafter "VICTOR"), VINCE LETO (hereinafter "LETO"), PAT KENNEDY (hereinafter "KENNEDY"), JOHN WALTER MCDARBY (hereinafter "MCDARBY"), DEBBIE SATYAL (hereinafter "SATYAL"), ROBERTA KOHN (hereinafter "KOHN") ROBERT BUCKHORN (hereinafter "BOB"), ROBERT BUCKHORN AS (former) MAYOR of TAMPA (hereinafter "MR. MAYOR"),

JANE CASTOR AS (current) MAYOR of TAMPA (hereinafter "MS. MAYOR"), and THE CITY OF TAMPA (hereinafter "TAMPA"), and alleges as follows:

### INTRODUCTION AND NATURE OF THE ACTION

The nature of this civil action arises due to the STATE OF FLORIDA (hereinafter "FLORIDA") criminally charging Doss in June of 2017. These charges ultimately led to Doss getting arrested, losing his freedom, and spending months under psychological distress. Doss spent countless hours studying law, and his focus on staying out of prison compelled Doss to end his quest to protect whatever ownership rights he had in the properties. In addition, the filing of the criminal charges deprived Doss of an opportunity to access the courts without fear of further retaliation by some of these defendants, particularly HOLDER, VICTOR, LETO, KENNEDY, MCDARBY, SATYAL, KOHN, and (presumably) BOB, all of whom participated in a conspiracy to deprive Doss of his freedom and the ability to defend his lawfully acquired property.

HOLDER, VICTOR, LETO, KENNEDY, MCDARBY, SATYAL, KOHN, and (presumably) BOB orchestrated an elaborate scheme to have FLORIDA charge Doss with (a felony) Perjury In An Official Proceeding (hereinafter "PIOP"). The PIOP charges had Doss facing five (5) years in a Florida prison and away from his family if convicted. During the criminal Case against Doss, VICTOR, LETO, and

KENNEDY worked for TAMPA as Sworn Police Officers and Public Servants. Additionally, during the criminal case against Doss, HOLDER was an employee of FLORIDA and HILLSBOROUGH COUNTY ("hereinafter "HILLSBOROUGH"), and MCDARBY worked with the HILLSBOROUGH COUNTY SHERIFFS OFFICE ("hereinafter "HCSO") [under the direction and control of The Sheriff].

Based upon information gathered during the criminal proceedings, a few months before FLORIDA charged Doss with PIOP in June 2017, HOLDER, VICTOR, SATYAL, KOHN, KENNEDY, LETO, and MCDARBY (and presumptively BOB) collected and exchanged information about Doss. After roughly five (5) months of information exchanges with HOLDER and the others, VICTOR filed a Criminal Report Affidavit alleging that Doss committed acts warranting his immediate arrest.

For nearly seven (7) months, Doss endured a series of court appearances before judges within the 13th Judicial Circuit of Hillsborough County, Florida (hereinafter "The 13th") who had ongoing relationships with some of the Defendants in this action. Eventually, the Florida Supreme Court Chief Justice intervened on Doss' behalf by sending a visiting judge into the 13th to preside over the case. After months of determined self-representation, and despite so many individuals conspiring against him by contributing to his prosecution and against the backdrop of unscrupulous efforts by four FLORIDA prosecutors', the case ended in Doss'

favor. Nevertheless, the ordeal was mentally challenging for Doss, and the psychological and mental anguish continues for him to this day.

## THE CLAIMS

Doss brings **federal** constitutional claims and Florida state law claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *conspiring to deprive* Doss of his freedom and for *conspiring to deprive* Doss of his federal and Florida state right to defend his property. In addition, Doss brings **federal** constitutional claims and Florida state law claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *committing tortious acts that deprived* him of his federal and Florida state right to remain free. Additionally, Doss brings **federal** constitutional claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *committing tortious acts that deprived* him of his federal and Florida state right to defend his property.

HOLDER, VICTOR, LETO, KENNEDY, MCDARBY, and BOB, participated in these acts during the course of their employment with a FLORIDA agency (TAMPA, HSCO, HILLSBOROUGH, or FLORIDA). For example, VICTOR, KENNEDY, and LETO (*and BOB as a city employee*) contributed to the conspiracy against Doss while gainfully employed with TAMPA, as City of Tampa

Police Officers and under the direct supervision of MR. MAYOR or MS. MAYOR. MCDARBY contributed to the conspiracy against Doss while employed with HCSO [under the direct control of The Sheriff]. MR. MAYOR, MS. MAYOR, and TAMPA are responsible for all officers employed during their charge.

Doss brings **federal** constitutional claims and Florida state law claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *conspiring under color of law to deprive* Doss of his freedom and fo*r conspiring under color of law to deprive* Doss of his federal and Florida state right to defend his property. In addition, Doss brings **federal** constitutional claims and Florida state law claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *committing tortious acts under the color of law that deprived* him of his federal and Florida state right to remain free. Additionally, Doss brings **federal** constitutional claims against Defendants HOLDER, VICTOR, MCDARBY, LETO, KENNEDY, and BOB for *committing tortious acts under the color of law that deprived* him of his federal and Florida state right to defend his property.

Doss brings federal constitutional and Florida state claims against Defendants SATYAL, KOHN, and BOB for *conspiring to commit acts to deprive* Doss of his freedom and fo*r conspiring to commit acts to deprive* Doss of his federal and Florida state right to defend his property. In addition, Doss brings federal constitutional

claims against Defendants SATYL, KOHN *committing tortious acts that deprived* him of his federal and Florida state right to remain free. Finally, Doss brings federal constitutional claims against Defendants SATYL, KOHN for *committing tortious acts that deprived* him of his federal and Florida state right to defend his property.

Doss also brings federal constitutional claims and Florida state claims against TAMPA as the supervisory entity responsible for the TAMPA Officers' conduct, training, and supervision under its charge. TAMPA failed to train its Police Officers in the appropriate methods, procedures, and protocols concerning conducting proper investigations, collecting accurate data, reporting violations of TAMPA police policy, reporting abuse of authority, and refraining from conduct inconsistent with federal and Florida state laws, regulations, and rules.

Doss brings a Florida State negligent retention claim against MR. MAYOR, MS. MAYOR, and TAMPA because, despite knowing of the criminal conspiracy against Doss by TAMPA Police Officers and TAMPA employees VICTOR, LETO, and KENNEDY, TAMPA continued their employment. TAMPA had policies and customs that constituted deliberate indifference to Doss' federally and FLORIDA state constitutionally protected rights. TAMPA's policies and customs deprived Doss of rights protected by the federal Constitution, federal laws, the Florida Constitution, and Florida state law. TAMPA'S indifference to Doss' rights resulted in false imprisonment, wrongful arrest, and malicious prosecution.

## IF SO DISCOVERED, DOSS PRESERVES HIS RIGHT TO AMEND THE COMPLAINT TO ADD ADDITIONAL PEOPLE AND CLAIMS
### JURISDICTION AND VENUE

1. Doss seeks relief under the Fourth and Fourteenth Amendments of the United States Constitution, 42 U.S.C. §1983 ( and the Civil Rights Act of 1871 and the Civil Rights Act of 1964); thus, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 as this action arises under the laws of the United States.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1343 because issues arise affecting Doss' Civil Rights.

3. The Court has federal question jurisdiction over Doss' federal law claims, pursuant to 28 U.S.C. §§ 1331 and §§1343(a)(3) as Doss' state law claims are related to these federal claims constituting the same case or controversy.

4. The Court has supplemental jurisdiction over Doss' state law claims, pursuant to 28 U.S.C. §1367.

5. This Court has jurisdiction over this matter pursuant to 28 USC §1391 because the incidents giving rise to this action occurred within this district.

6. Personal jurisdiction and venue are proper because Defendants, as described in this Complaint, either conduct business in this District of Florida, their principal places of business, are in this District of Florida, they reside, or domicile in this District of Florida, or committed torts in this District of

Florida, and the core facts giving rise to these claims took place in this Middle District of Florida.

7. All necessary prerequisites under Florida Statute § 768.28 have been met or waived.

## THE PARTIES

8. Doss, the Plaintiff, is a citizen of the United States and, at all times relevant to the current action, a resident of Hillsborough County, Florida, within this district. Additionally, Doss is an African-American Veteran of the United States Army with an Honorable Discharge.

9. At all times, material hereto, Defendant HOLDER was employed in such capacity as a servant and employee of FLORIDA. Upon information and belief, and at all times material hereto, Defendant HOLDER participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. For part of the time he engaged in illegal conduct, HOLDER was acting within the course and scope of his employment under the color of state law- at other times, he was behaving independently. Accordingly, HOLDER is a resident of Florida, living in this district, and is otherwise sui juris.

10. At all times, material hereto, Defendant VICTOR was employed in such capacity as a servant and employee of TAMPA. Upon information and belief,

and at all times material hereto, Defendant VICTOR participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. While engaged in illegal conduct, VICTOR acted within the scope of his employment under the color of state law. At other times, he was behaving independently. Accordingly, VICTOR is a resident of Florida, living in this district, and is otherwise sui juris.

11. At all times, material hereto, Defendant LETO was employed in such capacity as a servant and employee of TAMPA. Upon information and belief, and at all times material hereto, Defendant LETO participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. While engaged in illegal conduct, LETO acted within the scope of his employment under the color of state law. At other times, he was behaving independently. Accordingly, LETO is a resident of Florida, living in this district, and is otherwise sui juris.

12. At all times, material hereto, Defendant KENNEDY was employed in such capacity as a servant and employee of TAMPA. Upon information and belief, and at all times material hereto, Defendant KENNEDY participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. While engaged in illegal conduct, KENNEDY acted within the scope of his employment under the color of state law. At other times, he was

behaving independently. Accordingly, KENNEDY is a resident of Florida, living in this district, and is otherwise sui juris.

13. At all times, material hereto, Defendant MCDARBY was employed in such capacity as a servant and employee of TAMPA. Upon information and belief, and at all times material hereto, Defendant MCDARBY participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. While engaged in illegal conduct, MCDARBY acted within the scope of his employment under the color of state law. At other times, he was behaving independently. Accordingly, MCDARBY is a resident of Florida, living in this district, and is otherwise sui juris.

14. At all times, material hereto, Defendant SATYAL, as a private citizen, participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. Accordingly, SATYAL is a resident of Florida, living in this district, and is otherwise sui juris.

15. At all times, material hereto, Defendant KOHN, as a private citizen, participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. Accordingly, KOHN is a resident of Florida, living in this district, and is otherwise sui juris.

16. At all times, material hereto, Defendant BOB was employed in such capacity as a servant and employee of TAMPA. Upon information and belief, and at

all times material hereto, Defendant BOB participated in the unconstitutional violations and other wrongful acts that led to the unlawful arrest of Doss. While engaged in illegal conduct, BOB acted within the scope of his employment under the color of state law. At other times, he was behaving independently. Accordingly, BOB is a resident of Florida, living in this district, and is otherwise sui juris.

17. At all times material hereto, Defendants TAMPA is an entity, corporate and political, duly organized is a municipal corporation that is or was the employer of Defendants VICTOR, LETO, KENNEDY, and BOB. Accordingly, TAMPA is liable for all torts committed by these Defendant-employees under the doctrine of respondeat superior. Additionally, TAMPA is responsible for the policies and practices of the Tampa Police Department. Therefore, TAMPA is liable for the violations of Doss' rights caused by the unconstitutional policies, customs, and practices of the Tampa Police Department, including actions of those employed by TAMPA and undertaken according to those policies, customs, and practices during the investigation and ultimate wrongful arrest of Doss. TAMPA, under the direction of MR. MAYOR and MS. MAYOR negligently retained VICTOR, LETO, KENNEDY, and BOB.

18. Doss sues defendants HOLDER, VICTOR, LETO, MCDARBY, WALKER, KENNEDY, BOB, SATYAL, and KOHN individually.

## FACTUAL ALLEGATIONS

19. Sometime before contacting VICTOR, HOLDER seemed bothered by Doss' involvement with some properties and thought he needed to investigate.

20. On February 9, 2017, HOLDER contacted VICTOR, who worked on the TAMPA security detail for MR. MAYOR, BOB, and recruited him to create an action against Doss.

21. HOLDER told VICTOR he believed Doss committed a Fraud during a Bankruptcy Proceeding he witnessed.

22. VICTOR agreed to investigate and engaged MCDARBY, who worked at HCSO, and the two commenced a criminal investigation into Doss.

23. Sometime later, VICTOR convinced LETO and KENNEDY to join the action.

24. Based upon information gained from his report, on February 28, 2017, Doss reached out to VICTOR via Linkedin, but VICTOR did not respond to the request.

25. Sometime in February, HOLDER creates a meeting with Doss, SATYAL, and KOHN to discuss property belonging to Doss.

26. HOLDER tells Doss about the investigation by VICTOR and instructs the court reporter to place the notes of the meeting into the court file.

27. On June 18, 2017, VICTOR direct files a Criminal Report Affidavit alleging Doss committed Perjury in an Official Proceeding.

28. Doss turns himself in at HCSO, pays the $2,000 bond, gets fingerprinted, booked, and later prosecuted under case number 2017-CF-9089.

29. The case resolves in Doss' favor after seven months of intense study, the disqualification or recusal of several judges in the 13th, and the intervention of The Chief Justice of the Florida Supreme Court.

## COUNT ONE: Violation of 42 U.S.C 1983 by Defendants VICTOR, LETO, MCDARBY, KENNEDY, HOLDER, and BOB

30. Doss incorporates all paragraphs above and sues VICTOR, HOLDER, LETO, MCDARBY, KENNEDY, and BOB for acting individually, jointly, and in conspiracy with one another, as well as under color of law and within the scope of their employment, deprived Doss of his constitutional right remain free from custody and from other rights protected by federal law.

### RELIEF SOUGHT

WHEREFORE, Doss prays for the following relief:

1. Judgment for compensatory damages in excess of $100,000.00;

2. Judgment for exemplary or punitive damages in excess of $100,000.00;

3. Cost of suit;

4. Trial by jury as to all issues so triable;

5. and Such other relief as this Honorable Court may deem just and appropriate.

## COUNT II: Conspiracy under Florida law and United States Law

31. Doss incorporates all paragraphs above and sues defendants VICTOR, HOLDER, LETO, MCDARBY, KENNEDY, SAYTAL, KOHN, and BOB for acting individually, jointly, and to conspire with one another, to deprive Doss of his constitutional right remain free from custody and from other rights protected by federal law.

WHEREFORE, Doss prays for the following relief:

1. Judgment for compensatory damages in excess of $100,000.00;

2. Judgment for exemplary or punitive damages in excess of $100,000.00 ;

3. Cost of suit;

4. Trial by jury as to all issues so triable;

5. and Such other relief as this Honorable Court may deem just and appropriate.

## COUNT III: 42 U.S.C. § 1983 – Illegal Detention and Prosecution (Fourth and Fourteenth Amendments)

32. Doss incorporates all paragraphs above and sues defendants VICTOR, HOLDER, LETO, MCDARBY, KENNEDY, SAYTAL, KOHN, and BOB for acting individually, jointly, and to conspire with one another, to deprive Doss of his constitutional right to remain free from custody and other rights protected by federal law.

33. In so doing, the Defendants caused Doss to be deprived of his liberty without probable cause, detained without probable cause, and subjected improperly to judicial proceedings for which there was no probable cause. Moreover, these judicial proceedings were instituted and continued maliciously, resulting in injury.

34. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally, with malice, with reckless indifference to the rights of others, and/or in total disregard of the truth and of Doss' innocence.

35. As a result of Defendants' misconduct described in this count, Doss suffered loss of liberty, great mental anguish, humiliation, degradation, physical and emotional pain and suffering, and other grievous and continuing injuries and damages.

WHEREFORE, Doss prays for the following relief:

1. Judgment for compensatory damages in excess of $300,000.00;
2. Judgment for exemplary or punitive damages in excess of $300,000.00;
3. Cost of suit;
4. Trial by jury as to all issues so triable;

5. and Such other relief as this Honorable Court may deem just and appropriate.

WHEREFORE, Plaintiff Surgret Urania Doss respectfully requests that this Court enter a judgment in his favor and against Defendants CITY OF TAMPA, GREGORY P. HOLDER, MICHAEL R. VICTOR, VINCE LETO, PAT KENNEDY, JOHN WALTER MCDARBY, DEBBIE SAYTAL, ROBERTA KOHN, ROBERT BUCKHORN, the Individual, and ROBERT BUCKHORN AND CATHY CASTOR, in their Official Capacity; awarding compensatory damages, and costs against each Defendant; awarding punitive damages against each of the individual Defendants, and any other relief that this Court deems just and appropriate.

## Demand for a Jury Trial

Plaintiff Surgret Urania Doss hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Respectfully Submitted,
on January 14, 2022

_____

Surgret Urania Doss
3612 North 55th Street
Tampa, Florida 33619
surgretdoss@gmail.com
813-570-9617