UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Surgret Urania Doss**
Plaintiff, *Pro Se*

                         CASE NO: 8:22cv129 CEH-AAS

vs.

**GREGORY P. HOLDER** ET AL
    Defendants.

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff, Surgret Urania Doss ("Doss'), per instruction from the Court, files this Response to the Court's Order to Show Cause [DE 45] for failure to comply with Local R. M.D. Fla. 3.02(b)(1) and, in support thereof, states:

Doss filed his Original Complaint on January 14, 2022 [DE 1], naming several defendants. When Doss filed his First Amended Complaint on May 3, 2022, he added Hillsborough County as a defendant [DE 16]. It was while Doss worked on his Second Amended Complaint that he decided to drop Defendant Hillsborough County. After serving Hillsborough County and talking with Attorney Stephen Todd filing his notice of appearance, Doss conferred with him and agreed to drop Hillsborough County as a named Defendant.

On August 17, 2022, Doss Voluntarily Dismissed Defendant Hillsborough County [DE 29] but overlooked starting the Case Management Report. Doss expresses his sincere apologies for his mistake and assures this Court it was

1

excusable neglect and not an attempt to waste the Court's time and valuable resources. Doss' error does not prejudice any of the parties as this case is still in its infancy, and no discovery or litigation has begun. "Courts apply the excusable neglect standard whether a party missed a deadline set by the Federal Rules of Civil Procedure or a deadline imposed by a court order." Boraks v. Daniels, 2011 WL 4566218 (S.D. Fla 2011). *See also*, *Cavaliere v. Allstate Ins. Co.*, 996 F.2d 1111 (11th Cir. 1993); *Springman v. City of Venice*, 439 Fed. Appx. 861 (11th Cir. 2011).

If it's within this Court's grace, Doss will work diligently with the Defendants to complete the Case Management Report within 21 days of this filing. Doss contacted the counsels for the named Defendants, and the parties tentatively set September 29, 2022, for completing the Case Management Report.

**WHEREFORE**, because Doss missed the 40-day deadline for completing the Case Management Report because of his excusable neglect, He respectfully requests that this Honorable Court does not dismiss the case and provides him a reasonable time to complete the Case Management Report, tentatively agreed upon by the parties for September 29, 2022.

Respectfully Submitted,

s/Surgret Urania Doss
Surgret Urania Doss
3612 North 55th Street
Tampa, Florida 33619
surgretdoss@gmail.com
813-570-9617

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2022, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system. Accordingly, a copy of this filing will be sent to the following Attorneys:

## SERVICE LIST

Stephen Todd, at ToddS@hillsboroughcounty.org for Hillsborough County;

Ivy Rollins at: Ivy.Rollins@myfloridalegal.com for Gregory Holder;

Christopher E. Brown at: chrisbro@teamhcso.com for Sheriff Chad Chronister;

and Ursula Richardson at: Ursula.Richardson@tampagov.net for the City of Tampa

Respectfully Submitted,

s/Surgret Urania Doss
Surgret Urania Doss